IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# CHANGE OF CUSTODY HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>   Plaintiff, )<br>v. )<br>  )<br>Mikayla Marie Golden (13), )<br>  )<br>  )<br>   Defendant. ) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Michael J. Davis<br>U.S. District Judge<br><br>Case No:  10-CR-69 (MJD/jjk)<br>Date:  March 17, 2011<br>Court Reporter:  Lori Simpson<br>Time Commenced:  2:00 p.m.<br>Time Concluded:  2:10 p.m.<br>Time in Court:  10 minutes |

APPEARANCES:

  Plaintiff: Allen Slaughter for Steven L. Schleicher, Assistant U.S. Attorneys
  Defendant: Coley Grostyan for Bruce Rivers, CJA Appointed Attorneys

PROCEEDINGS:

☒ **Change of Custody**

ORDERED:

☒ The defendant is remanded to the custody of the U.S. Marshal Service, they will transport defendant to the Reentry Metro.  The defendant is ordered to take all of her medications with her to Reentry Metro.  Order to be filed.

Date: March 17, 2011                                         s/GRR
                                                                           Judicial Assistant  to Judge Michael J. Davis