UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,

                               **ORDER**
v.                              Criminal File No. 10-69 (MJD/JJK)

(13) Mykala Marie Golden,

        Defendant.

---

**IT IS HEREBY ORDERED** that:

1. Defendant is remanded to the custody of the U.S. Marshals Service. It is hereby ordered that the U.S. Marshals Service immediately transport Defendant to Reentry Metro, in St. Paul, MN.

2. The U.S. Marshals Service is ordered to take Defendant's medication with her to Reentry Metro so that she can continue taking her current medications.

3. Defendant is ordered to abide by the conditions of release set forth in the Order Setting Conditions of Release filed today.

Dated:  March 17, 2011                      s/ Michael J. Davis
                                                     Michael J. Davis
                                                     Chief Judge
                                                   United States District Court